UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>REGIONS BANK, N.A., )<br>BMR FUNDING, LLC, )<br>    Defendants. ) | **JUDGMENT**<br><br>No. 7:09-CV-211-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of the Defendants' Motions to Dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff does not have Article III standing. It is further ORDERED that defendants' Motions to Dismiss are GRANTED and this case is DISMISSED.

**This judgment filed and entered on July 14, 2010, and served on:**

Matthew E. Cox (via CM/ECF Notice of Electronic Filing)
Amanda G. Ray (via CM/ECF Notice of Electronic Filing)
Christopher W. Jones (via CM/ECF Notice of Electronic Filing)
Ryal W. Tayloe (via CM/ECF Notice of Electronic Filing)

July 14, 2010                /s/ Dennis P. Iavarone
                                       Clerk of Court